IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 19 PM 4:22

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERTO CARLOS CARRILLO GARCIA,<br><br>    Defendant. | 8:25CR178<br><br>INDICTMENT<br>8 U.S.C. § 1326(a) |

The Grand Jury charges that

## COUNT I

On or about August 4, 2025, in the District of Nebraska, the defendant, ROBERTO CARLOS CARRILLO GARCIA, an alien, who previously had been excluded, deported, and removed from the United States to Guatemala, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 203(3) & (4) and Section 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney